UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LARRY G. JOHNSON, individually and d/b/a
LAW FORUM PRESS, a sole proprietorship,

                              Plaintiffs,

vs.

CATHARINE M. VENZON; VENZON LAW
FIRM P.C., JOHN DOES 1-3, and JANE DOES
1-3

                              Defendants.

**VOLUNTARY STIPULATION OF DISCONTINUANCE**

Case 1:12-cv-00907-WMS

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties in the above-captioned action, that whereas no party is an infant or incompetent person and no person not a party has an interest in the subject matter of above-captioned action, the claims of plaintiff LARRY G. JOHNSON individually and d/b/a LAW FORUM PRESS are hereby voluntarily discontinued, without costs or disbursements to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 28, 2013

By: _____
Philip B. Abramowitz
*Attorney for Plaintiff*
Kloss, Stenger & LoTempio
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
Telephone: (716) 853-1111
pabramowit@aol.com

By: _____
Daniel B. Moar, Esq.
*Attorney for Defendants*
665 Main Street, Suite 400
Buffalo, New York 14203
Telephone: (716) 566-5400
dmoar@goldbergsegalla.com